UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

___

TREQUAN RIDDLE,

    Plaintiff,

Case No. 2:23-cv-64

v.

Honorable Paul L. Maloney

UNKNOWN KHIM et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  May 9, 2023                      /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge